1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10

11    LON MARTIN AKA LON MILLER,

12                      Petitioner,              Case No.  C08-5344RJB-KLS

13            v.                                 ORDER GRANTING
                                                 RESPONDENT'S MOTION FOR
14    KENNETH QUINN,                             EXTENSION OF TIME TO FILE
                                                 ANSWER
15                      Respondent.

16

17

18

19

20          This matter is before the Court on respondent's motion for an extension of time until September

21    22, 2008, to file an answer to petitioner's *habeas corpus* petition. (Dkt. #8)  After reviewing the motion

22    and the remaining record, the Court hereby ORDERS as follows.

23          The Court finds that due to the reasons set forth in respondent's motion, it is proper to grant the

24    request for an extension of time to file an answer to the petition.  Specifically, respondent states that in

25    reviewing petitioner's state court records, the existence of two other state court files concerning this

26    matter became known.  Respondent further states that an extension of time is needed to allow sufficient

27    time to obtain and review those records, and to adequately respond to the petition.

28          Accordingly, respondent's motion (Dkt. #8) hereby is GRANTED.  Respondent shall file his

ORDER
Page - 1

1   answer to the petition by **no later than September 22, 2008**.

2          The Clerk shall send copies of this Order to petitioner and counsel for respondent.

3          DATED this 8th day of August, 2008.

4

5                                                        _Karen L. Strombom_
                                                         Karen L. Strombom

6                                                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2