UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LON MARTIN AKA LON MILLER,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No. C08-5344RJB-KLS

ORDER ON MOTION FOR EXTENSION OF TIME AND RENOTING REPORT AND RECOMMENDATION

This matter comes before the Court on U.S. Magistrate Judge Karen L. Strombom's Report and Recommendation (Dkt. 13) and Petitioner's Motion for Extension of Time (Dkt. 15). The Court has considered the relevant documents and the remainder of the file herein.

Petitioner filed this petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 on May 30, 2008. Dkt. 1. Petitioner challenges his first degree murder conviction, in part, by arguing that a hearing should have been held at trial to determine his mental competence. *Id.* The Report and Recommendation recommends dismissal of the petition as time barred. Dkt. 13.

In response to the Respondent's Motion to Dismiss, Petitioner states that he has been on a variety of psychotropic drugs since his incarceration at Monroe Correctional Complex Special Offender Unit for the mentally ill. Dkt. 12. He states that this "really meesed [sic] with Petitioner's head." *Id.* He further states that "the last few years have beenthe [sic] hardest, Petitoners [sic] mind is not working well. Petitioner knows this is not an excuse, Petitioner is just asking if you could look at our case." *Id.* In his motion for and extension of time, Petitioner argues that he has not been "mentally doing well" and seeks an extension of time to file objections to the Report and Recommendation. Dkt. 15. Petitioner indicates that someone else is helping him file these pleadings. *Id.*

ORDER
Page - 1

Petitioner's motion for extension of time (Dkt. 15) should be granted. Petitioner has alleged sufficient good cause for an extension of time to file objections to the Report and Recommendation. The Report and Recommendation should be renoted to January 16, 2009.

The record raises issues regarding Petitioner's ability to represent himself. A United States court may appoint counsel to represent a party who is financially eligible and is seeking relief under 28 U.S.C. § 2254. 18 U.S.C. § 3006A, *See also* 28 U.S.C. § 2254(h). In the interest of justice, and in light of the Ninth Circuit's holding in *Laws v. Lamarque*, 351 F.3d 919 (9th Cir. 2003), the Office of the Federal Public Defender is appointed counsel for Petitioner for the purpose of exploring whether Petitioner would like a lawyer appointed to represent him in this case and whether he is financially eligible for court appointed counsel. The Office of the Federal Public Defender should inform the Court on or before December 12, 2009 whether appointed counsel is appropriate in this case, and whether Petitioner requests and qualifies for appointed counsel.

Therefore, it is hereby **ORDERED** that:

- Petitioner's Motion for Extension of Time to File Objections to the Report and Recommendation (Dkt. 15) is **GRANTED**;
- The Report and Recommendation (Dkt. 13) is **RENOTED** to January 16, 2009;
- The Office of the Federal Public Defender **SHALL** notify the Court within 21 days of this order whether Petitioner would like court appointed counsel and whether he is financially eligible for court appointed counsel; and
- The Clerk of the Court is directed to send uncertified copies of this Order to the Office of the Federal Public Defender, all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 20th day of November, 2008.

Robert J Bryan
United States District Judge