# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LON MARTIN AKA LON MILLER,<br><br>                Petitioner,<br><br>  v.<br><br>KENNETH QUINN,<br><br>                Respondent. | Case No. C08-5344RJB-KLS<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTENT THE TIME TO FILE RESPONSE BRIEF |

This matter is before the Court on petitioner's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. This matter is before the Court on petitioner's filing of an unopposed motion to extend the deadline for submitting his brief in response to respondent's answer. (Dkt. #55). The Court, having reviewed the motion, hereby finds and ORDERS as follows:

Petitioner's motion (Dkt. #55) hereby is GRANTED. Petitioner's response shall be due by **no later than April 30, 2010**. Respondent's reply thereto, if any, shall be due by **no later than May 6, 2010**. The Clerk thus shall re-note the petition for consideration on **May 7, 2010**.

The Clerk also shall send a copy of this Order to counsel for petitioner and to counsel for respondent.

DATED this 23rd day of February, 2010.

                                                          Karen L. Strombom
                                                          United States Magistrate Judge

ORDER - 1