UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LON MARTIN AKA LON MILLER,<br><br>                    Petitioner,<br><br>   v.<br><br>KENNETH QUINN,<br><br>                    Respondent. | Case No. C08-5344RJB-KLS<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

This matter is before the Court on respondent's unopposed expedited motion for an extension of time to file a reply brief. (Dkt. #62).  The Court, having reviewed respondent's unopposed motion, hereby finds and ORDERS as follows:

In his motion, respondent requests an extension of time to file a reply brief, originally due May 6, 2010, to May 11, 2010.   It appears petitioner does not oppose respondent's request. Accordingly, respondent's unopposed expedited motion for an extension of time to file a reply brief (Dkt. #62) hereby is GRANTED.

The Clerk shall send a copy of this Order to counsel for petitioner and to counsel for respondents.  The Clerk also shall re-note petitioner's petition for consideration on May 14, 2010.

DATED this 11th day of May, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1