1        JUDGE ROBERT J. BRYAN
         MAGISTRATE JUDGE KAREN L. STROMBOM

2

3

4

5        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
6        AT TACOMA

7   LON MARTIN, AKA LON MILLER,          )   NO. C08-5344-RJB-KLS
                                         )
8             Petitioner,                )
                                         )
9        vs.                             )   ORDER GRANTING MOTION TO SEAL
                                         )   SECOND DECLARATION OF LAURA E.
                                         )   MATE IN SUPPORT OF MOTION FOR
10  KENNETH QUINN,                       )   EVIDENTIARY HEARING AND TO
                                         )   EXPAND THE RECORD
11            Respondent.                )
                                         )
12  _____

13

14      THE COURT, having reviewed the Motion to Seal Second Declaration of Laura E.

15  Mate in Support of Motion for Evidentiary Hearing and to Expand the Record, there being no

16  opposition to this request by respondent, it is therefore

17      ORDERED that Lon Martin shall be permitted to file under seal the Second Declaration

18  of Laura E. Mate in Support of Motion for Evidentiary Hearing and to Expand the Record.

19      DATED this 21st day of June, 2010.

20

21      Karen L. Strombom
        Chief United States Magistrate Judge

22

23

24

25  s/ *Laura E. Mate,* WSBA No. 28637
    Assistant Federal Public Defender
26  Attorney for Lon Martin

ORDER GRANTING MOTION TO SEAL SECOND DECLARATION        **FEDERAL PUBLIC DEFENDER**
OF LAURA E. MATE IN SUPPORT OF MOTION FOR               **1601 Fifth Ave., Suite 700**
EVIDENTIARY HEARING AND TO EXPAND THE RECORD - 1        **Seattle, Washington 98101**
(*Lon Martin*; C08-5344-RJB-KLS)                        **(206) 553-1100**