JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LON MARTIN, AKA LON MILLER, | NO. C08-5344-RJB |
| Petitioner, | |
| vs. | ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OBJECTIONS AND RESPONSE THERETO |
| KENNETH QUINN, | |
| Respondent. | |

THE COURT, having reviewed the Joint Motion to Extend Time for Filing Objections and Response Thereto, and the records and files herein,

HEREBY ORDERS that the extension of time is granted. Petitioner's objections to the Report and Recommendation shall be due August 25, 2010. Respondent's response to the objections is due by September 24, 2010.

DATED this 10th day of August, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Laura E. Mate*
Laura E. Mate, WSBA No. 28637
Assistant Federal Public Defender

---

ORDER GRANTING JOINT MOTION TO EXTEND TIME
FOR FILING OBJECTIONS AND RESPONSE THERETO- 1
(*Lon Martin*; C08-5344-RJB)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**